**DISMISSED; and Opinion Filed October 11, 2016.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-16-00586-CV

**JUSTIN P. ANDERSON, Appellant**
**V.**
**JUAN MANUEL CAMPOS AND ROSA MARIE CAMPOS, Appellees**

**On Appeal from the 193rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-15-03001-L**

## MEMORANDUM OPINION

Before Justices Lang, Myers, and Schenck
Opinion by Justice Myers

On October 3, 2016, appellant and appellees filed an agreed motion to dismiss the appeal with prejudice. In the motion, the parties state they have settled and compromised all claims between them. We grant the agreed motion and dismiss the appeal with prejudice. *See* TEX. R. APP. P. 42.1(a).

/Lana Myers/
LANA MYERS
JUSTICE

160586F.P05



## Court of Appeals
## Fifth District of Texas at Dallas

# JUDGMENT

JUSTIN P. ANDERSON, Appellant

No. 05-16-00586-CV       V.

JUAN MANUEL CAMPOS AND ROSA
MARIE CAMPOS, Appellees

On Appeal from the 193rd Judicial District
Court, Dallas County, Texas
Trial Court Cause No. DC-15-03001-L.
Opinion delivered by Justice Myers, Justices
Lang and Schenck participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED** with prejudice.

Based on the parties' agreement, it is **ORDERED** that each party bear its own costs of this appeal.

Judgment entered this 11th day of October, 2016.